ACCEPTED
03-15-00285-CV
6135579
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 12:59:40 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00285-CV

_____

**IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 12:59:40 PM
JEFFREY D. KYLE
Clerk

_____

**VOLKSWAGEN GROUP OF AMERICA, INC., and AUDI OF AMERICA, INC.,**
*Appellants*,

**v.**

**JOHN WALKER III, in his Official Capacity as Chairman of the Texas Department of Motor Vehicles Board, and the HONORABLE MICHAEL J. O'MALLEY, and the HONORABLE PENNY A. WILKOV, in their Official Capacities as Administrative Judges for the State Office of Administrative Hearings,**
*Appellees*.

_____

**On Appeal from the 353rd District Court, Travis County, Texas**

_____

**JOHN WALKER, III'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

_____

| | |
|---|---|
| **KEN PAXTON**<br>**Attorney General of Texas** | **DENNIS M. MCKINNEY**<br>**Assistant Attorney General**<br>**State Bar No. 13719300** |
| **CHARLES E. ROY**<br>**First Assistant Attorney General** | **OFFICE OF THE TEXAS ATTORNEY GENERAL**<br>**ADMINISTRATIVE LAW DIVISION** |
| **JAMES E. DAVIS**<br>**Deputy Attorney General for**<br>**Civil Litigation** | **P.O. Box 12548**<br>**Austin, Texas 78711-2548**<br>**Telephone: (512) 475-4020**<br>**Facsimile: (512) 320-0167** |
| **DAVID A. TALBOT, JR.**<br>**Chief, Administrative Law Division** | **dennis.mckinney@texasattorneygeneral.gov**<br>*Attorneys for John Walker III* |

TO THE HONORABLE JUSTICES OF THE COURT:

Appellee John Walker III, in his official capacity as Chairman of the Texas Department of Motor Vehicles Board ("Walker"). Files this motion requesting this Court to extend the time for filing Appellee Walker's brief by 14 days to August 14, 2015.

1. The current deadline for Walker to file his brief is July 31, 2015.

2. Appellee Walker is seeking an additional 14 days to and including August 14, 2015 to file his brief.

3. This is the first extension requested by Appellee Walker. Appellants were granted a 14 day extension, and Appellees O'Malley and Wilkov were also granting a 14 day extension to file their briefs.

4. Counsel for Walker had been preparing for and attended trial in Dallas, Texas on July 16, 2015 in Cause No. DC-15-07378, *La Costena v. Texas Alcoholic Beverage Commission*, 193rd District Court, Dallas County, which required dedication of most of counsel's time and resources.

5. This extension is not being sought for purposes of delay, but rather to provide undersigned counsel the time to fully respond to Appellants' Brief. Counsel for Appellees O'Malley and Wilkov, as well as counsel for both intervenors are unopposed.

## CONCLUSION AND PRAYER

For the foregoing reasons, Appellee Walker respectfully requests that this Motion be granted and that he be given until August 14, 2015 to file his brief in this case, and such other and further relief to which Appellee may be entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Division Chief, Administrative Law Division

*/s/ Dennis M. McKinney*
Dennis M. McKinney
Assistant Attorney General
State Bar No. 13719300
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4020
Facsimile: (512) 320-0167
dennis.mckinney@texasattorneygeneral.gov
***Attorneys for Appellee Walker***

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Appellee Walker conferred with counsel for Appellees O'Malley and Wilkov, and counsel or all intervenors and was advised that they were unopposed to this motion. Counsel for Appellants advised the undersigned that they oppose this motion.

*/s/ Dennis M. McKinney*
Dennis M. McKinney
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the **20th day of July, 2015:**

Shawn Stephens
James P. Sullivan
1100 Louisiana Suite 4000
Houston, Texas 77002
Sstephens@kslaw.com
jsullivan@kslaw.com
Fax 713-751-3290
*Attorneys for Appellants*

Billy M. Donley
Mark E. Smith
811 Main Street, Suite 1100
Houston, Texas 77002-6111
bdonley@bakerlaw.com
mesmith@bakerlaw.com
Fax 713-751-1717
*Attorney for Appellants*

Kimberly Fuchs
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711
kimberley.fuchs@texasattorneygeneral.gov
***Attorney for Defendants the Honorable Michael J. O'Malley and the Honorable Penny A. Wilkov, in their Official Capacities as Administrative Law Judges for the State Office of Administrative Hearings***

J. Bruce Bennett
Cardwell, Hart & Bennett
807 Brazos Suite 1001
Austin, Texas 78701
jjb.chblaw@abcglobal.net
Fax 512-322-0808

William R. Crocker
807 Brazos Suite 1014
Austin, Texas 78701
crockerlaw@earthlink.net
Fax 512-474-2540
***Attorneys for Appellees***
***Ricardo M. Weitz, et al***

*/s/ Dennis M. McKinney*
Dennis M. McKinney
Assistant Attorney General
